| | | |
|---|---|---|
| Petty Offense | ( ) | |
| Misdemeanor | ( ) | |
| Felony | (x) | |
| Juvenile | ( ) | |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
__NASHVILLE__ DIVISION

County of Offense: __Dickson__

__JEREMY SETH TUMMINS__
Defendant's Name

AUSA's NAME: __S. Carran Daughtrey__

_____
Defendant's Address

Interpreter Needed?  ____ Yes  __x__ No

If Yes, what language? _____

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 18/2252A(a)(2) | Receipt of Child Pornography | 20 years* | $250,000 |
| 2 | 18/2252A(a)(5) | Possession of Child Pornography | 10 years | $250,000 |

*Mandatory Minimum of 5 years.

Is the defendant currently in custody?   ( ) Yes  ( x ) No       If Yes, State or Federal?  N/A

Has a complaint been filed?   ( ) Yes  ( x ) No
   If Yes:  Name of Magistrate Judge _____   Case No.: _____
        Was the defendant arrested on the complaint?   ( ) Yes   ( ) No

Has a search warrant been issued?  ( ) Yes  ( x ) No
   If Yes:  Name of Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge:  ( ) Yes  ( x ) No       Amount of bond: _____

Is this a Rule 20? ( ) Yes  ( x ) No       To/from what district? _____
Is this a Rule 40? ( ) Yes  ( x ) No       To/from what district? _____

Is this case related to a pending or previously filed case?     ( ) Yes       ( x ) No

   What is the related case number: _____

   Who is the Magistrate Judge: _____   District Judge: _____

Estimated trial time:  __2-3 days__

The Clerk will issue a warrant

Bond Recommendation:  __Detention__

(Revised January 2008)