IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:10-cr-00009 |
| v. ) | JUDGE HAYNES |
| ) | |
| JEREMY SETH TUMMINS, ) | |
| ) | |
| Defendant. ) | |

ORDER

In accordance with the Memorandum filed herewith, Defendant Jeremy Seth Tummins' motion to suppress (Docket Entry No. 21) is **GRANTED**. The Government's motion to strike (Docket Entry No. 52) is also **DENIED** as moot.

It is so **ORDERED**.

ENTERED this the ___ day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge