IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:10-00009 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JEREMY SETH TUMMINS, | ) | |
| | ) | |
| Defendant, | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the United States's motion to reconsider (Docket Entry No. 65) is **GRANTED**, but the Court **REAFFIRMS** its earlier Order and Memorandum. (Docket Entry Nos. 63 and 64).

It is so **ORDERED**.

**ENTERED** this the _____ day of October, 2011.

_____
William J. Haynes, Jr.
United States District Judge