IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. 3:10-00009 |
| JEREMY SETH TUMMINS, | ) | |
| Defendant. | ) | |

## [~~PROPOSED~~] AGREED ORDER FOR SUBSTITUTION OF COUNSEL

It is agreed, as evidenced by the approval of counsel affixed below, that the Honorable Jennifer Lynn Thompson is to be substituted as sole counsel of record for Defendant, **Jeremy Seth Tummins,** in the place and stead of the Honorable Timothy V. Potter and the Honorable Hilary H. Duke, and that Mr. Potter and Ms. Duke shall be relieved of any further responsibility in this matter.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Ms. Jennifer Lynn Thompson is hereby substituted as sole counsel of record for Mr. Timothy V. Potter and Ms. Hilary H. Duke.

**IT IS SO ORDERED.**

_____
JUDGE
12-c-/3