UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00009 |
| | ) | JUDGE HAYNES |
| JEREMY SETH TUMMINS | ) | |

GOVERNMENT'S REQUEST FOR STATUS HEARING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests this Court set a hearing in the above styled case to determine the status of the case and set the case for trial if needed.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically to Jennifer Thompson, attorney for defendant, on this, the 2nd day of July, 2014.

s/ S. Carran Daughtrey
S. Carran Daughtrey