**STATEMENT**

| | | | | Agency ID | Year | Month | Day | Time |
|---|---|---|---|---|---|---|---|---|
| | | | | TN | | | | |

| Name | Sex | Race | D.O.B | Address |
|---|---|---|---|---|
| Jeremy Seth Tummins | M | W | 11/10/78 | 111 Saddle Creek Circle |

| Date/Time | Location Given | To Whom Given |
|---|---|---|
| 5/18/09  8:10 pm | 111 Saddle Creek Circle | LT- Scott LEVASSER |

| Home Phone # | Cell Phone # |
|---|---|
| 105-415-9809 | |

Over the Last 3 yrs I have downloaded Child porn movies from Limewire & other sharing programs. I believed that I disabled the sharing of my shared folder because I didn't ~~Any~~ want to share the files I downloaded.

When I Downloaded child porn files it was out of curiosity and not for sexual gratification.

I don't remember how many I downloaded over the last 5 years

I did know that what I was doing was illegal but, I have never been attracted to children Sexually. I just did it out of curiosity

I gave this statement Fredy,

X _____
        JTummins

Witness: _____  5/18/09

BLER 13 (Rev. 8/05)

Case 3:10-cr-00009   Document 123-1   Filed 02/26/15   Page 1 of 1 PageID #: 960