**Exhibit #9**

**Limewire Video Search Terms on Gateway Tower**

    Daughter
    Anal
    18Teen
    Mafia sex
    Masha
    Step brothers
    Yrs
    Black porn
    school girl
    Gay classic
    Dee & desi
    Teen
    Sex scene
    Animal sex
    PTHC
    Anal addicts
    Hidden cam
    Mom pedo
    pig sex
    seduced by a cougar
    Dog rape
    amateur
    cute
    Gay glory hole
    voyeur

**Limewire Image Search Terms on Gateway Tower**

    Naked
    Young
    Cum
    School girl
    Pussy
    Lesbian
    Preteen boys
    2008 pedo
    Lsm
    Naked pictures
    long dicks

1

# PTHC

```
<?xml version="1.0"?><videos xsi:noNamespaceSchemaLocation="http://www.limewire.com/schemas/video.xsd"><video title="pthc"/></videos>
#"M;T.p
Capgel
LOCCen
LOCCen
```

# School Girl

school girl
```
<?xml version="1.0"?><videos xsi:noNamespaceSchemaLocation="http://www.limewire.com/schemas/video.xsd"><video title="school girl"/></videos>
```
nas message

# Daughter

```
<?xml version="1.0"?><videos xsi:noNamespaceSchemaLocation="http://www.limewire.com/schemas/video.xsd"><video title="daughter"/></videos>
```
proprietary

# Mafia sex

mafia sex
```
<?xml version="1.0"?><videos xsi:noNamespaceSchemaLocation="http://www.limewire.com/schemas/video.xsd"><video title="mafia sex"/></videos>
```

# Mom pedo

```
<?xml version="1.0"?><videos xsi:noNamespaceSchemaLocation="http://www.limewire.com/schemas/video.xsd"><video title="mom pedo"/></videos>
```

**preteen boys**
```
<?xml version="1.0"?><images xsi:noNamespaceSchemaLocation="http://www.limewire.com/schemas/image.xsd"><image title="preteen boys"/></images>
LOCBen
```