**Exhibit #10**

**Samples of Files Downloaded Using Limewire and Found in Recycle Bin on Gateway Tower**

**File Name**: $R61ZCFC.mpg
**Original Name**: Tummins\Part_2\Partition_1-NTFS\Users\Owner\Documents\LimeWire\Incomplete\T-313849860-LolitaSex Movie - Best Teens - Marianna - Danish teen 14yo fucked outside - Holland porno 1 (full 32m16s) [Lolita Network - NL].mpg
**Extension**: mpg
**Creation Date**: 2/28/2009 10:36:53 PM
**Modify Date**: 2/28/2009 11:10:19 PM

**File Name:** $R774VR1.mpg
**Original Name**: NTFS\Users\Owner\Documents\LimeWire\Saved\family sex - 13yo brother fucks 11yo sister and sperm inside.mpg
**Extension**: mpg
**Creation Date**: 3/7/2009 9:42:16 PM
**Modify Date**: 3/7/2009 9:45:39 PM

**File Name:** $RL484XU.mpg
**Original Name**: Tummins\Part_2\Partition_1-NTFS\Users\Owner\Documents\LimeWire\Saved\Porn- Father , Mother and Daughter - Father and Son – lolita facial - mature anal - incest - HARDCORE Brother and Sister KIDS arab and turkish xxx Anime Toon Cartoons Sex .mpg
**Extension**: mpg
**Creation Date**: 3/7/2009 9:46:04 PM
**Modify Date**: 3/7/2009 9:55:48 PM

**File Name:** $RN8CIRW.mpg
**Original Name**: Tummins\Part_2\Partition_1-NTFS\Users\Owner\Documents\LimeWire\Incomplete\T-138446264-052) Young Underage Sexy Girls 10 11 12 13 14 15 16 17 18 19 Year Years Old Yr Showing What They Have Puss Pussy Big Small Boobs Tits Ass Thong Thongs Blond Sex (223).mpg
**Extension**: mpg
**Creation Date**: 2/28/2009 11:20:41 PM
**Modify Date**: 2/28/2009 11:24:12 PM

**File Name:** $ROI3KC7.mpg
**Original Name**: Tummins\Part_2\Partition_1-NTFS\Users\Owner\Documents\LimeWire\Incomplete\T-92546328-Private Amateur Teenager Sex Homevideos (Privat Real Homemade Homeclip Voyour Porn Spy Cam Webcam Teensex Yr Yo) 029.mpg
**Extension**: mpg
**Creation Date**: 4/19/2009 1:07:09 PM
**Modify Date**: 4/19/2009 1:08:16 PM

1

**File Name:**     $RTIW90Y.mpg
**Original Name**:     Tummins\Part_2\Partition_1-NTFS\Users\Owner\Documents\LimeWire\Saved\LolitaSex Movie - Best Teens - Marianna - Danish teen 14yo fucked outside - Holland porno 1 (full 32m16s) [Lolita Network - NL].mpg
**Extension**:     mpg
**Creation Date**:     2/28/2009 11:11:38
**Modify Date**:     2/28/2009 11:11:44 PM