# Exhibit #11

# Additional Files Found in Recycle Bin on Gateway Tower

C:\Users\Owner\Documents\LimeWire\Incomplete\T-83923046-My wife gets me with the babysitter with the Sex and wants more - 16 mins Underage teen forced sex fuck blowjob cumshot lesbian.mpg

C:\Users\Owner\Documents\LimeWire\Saved\Naughty America - My Friend's Hot Mom - Austin Kincaid.mov

C:\Users\Owner\Documents\LimeWire\Incomplete\T-94425010-Naughty America - My Sisters Best Friend - Hotel Room.mpg

C:\Users\Owner\Documents\LimeWire\Saved\My 13 year old sister satisfying herself on my 27 year old massive cock - reelkiddymov lolita preteen young incest inzest kiddie porno sex xxx.mpeg

C:\Users\Owner\Documents\LimeWire\Saved\Keeley Hazell leaked Home Sex Tape FULL XXX VIDEO JUST RELEASED (4).mpg

C:\Users\Owner\Documents\LimeWire\Saved\My Friend's Hot Mom - Mrs. Sofia Soleil & Rachel Roxxx (08.23.07).mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-591183768-Girls Gone Wild- Baby Doll First Timers CD1 - Cytherea, Eva Angelina, Jenaveve Jolie, Lisa Marie, Nyla Thai, Tiana Lynn.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-30814903-mature Wife #1 Full Length Porno - Underground Video(1).mpeg

C:\Users\Owner\Documents\LimeWire\Saved\XXX 17 year old muslim girl fucked hard by her dad - hardcore arab anal sex porn.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-107864969-Family 17 year old early teen lolita home video home made porn - Veronica - Young student girl fucked Lolita Teen Porn Rape Sex Nude QWE 1.mpg

C:\Users\Owner\Documents\LimeWire\Saved\Naughty America - My Friend's Hot Mom - Mrs. Envy.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-591183768-Baby Doll First Timers CD1 - Cytherea, Eva Angelina, Jenaveve Jolie, Lisa Marie, Nyla Thai, Tiana Lynn.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-75917760-Naughty Office - Amy Reid (21 mins_Full).mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\In The VIP - Naomi - Spring Break.mpg

C:\Users\Owner\Documents\LimeWire\Saved\Naughty America - Mrs Vicky Vette in My Friends Hot Mom 5 - Best Laid Plan.avi

C:\Users\Owner\Documents\LimeWire\Incomplete\T-616306208-Girls Gone Wild - First Timers(NEW).mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-53688248-Nubiles_Net_Summer_Bedfingers1_Full.mpg

C:\Users\Owner\Documents\LimeWire\Saved\My friends hot mom - Mrs Carmella Bing.mpeg

C:\Users\Owner\Documents\LimeWire\Saved\lsm pthc lhv ufo tori 9yo p1010006 mpg 13 17 years old and.avi

C:\Users\Owner\Documents\LimeWire\Incomplete\T-4315360-nikki dial covered in cum (swallow mmmf young dumb full og .mpeg

C:\Users\Owner\Documents\LimeWire\Saved\mom and dad fuck 18 yo babysitter - Xxx porn sex - Fisting incest child teen preteen lolita young gay porn beast p.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\My Sisters Hot Friend - Mindy Main_BEST.mpg

C:\Users\Owner\Documents\LimeWire\Saved\zI fucked my 25 yr old sisters hot pussy( lolita illegal preteen black cock qwerty ddoggprn rape sex xxx hardcore pussy tits porn porno.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-5767167-Preview-T-10608640-porno - 17 years old teen redhead babysitter - 15yr pedofilia 4 cute redhead fucked (home movie; mpg; self-extracting) incest xxx fuck porn sex fisting.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\Seduced By A Cougar - Sara Jay.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-237682692-My Friends Hot Mom - Mrs Judy Starr (Son's friend come to get his work byut fucks his friends mum - mature pussy young stud.mpg

C:\Users\Owner\Documents\LimeWire\Saved\daisy hot mom 12yr old underage child [DVDRip.DivX].avi

C:\Users\Owner\Documents\LimeWire\Saved\Porno - my sister fucking her boyfriend (filmed from the cupboard)(teen sex anal ass fuck nude bathtub clit cunt cum pussy web d.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-103044572-Bookworm Bitches - Cytheria.mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-8569654-teen sex Desperate Housewives fans will love this.mov

C:\Users\Owner\Documents\LimeWire\Incomplete\T-119620928-13 - 17 years old and real - Teal child porn illegal preteen underage lolita kiddy incest li.mpg

C:\Users\Owner\Documents\LimeWire\Saved\Brother rapes sleeping underage virgin young teen sister twice - LOLITAS sleeping girl raped xxx porn sex.mpg

C:\Users\Owner\Documents\09.mpg

C:\Users\Owner\Downloads\scene 1_alexis love.avi

C:\Users\Owner\Documents\LimeWire\Saved\All TheMyFriends Hot Mom Ava Deviane Episodes.avi

C:\Users\Owner\Documents\LimeWire\Saved\16mins couple rape 18yo babysitter 16minscouple rape 18yobabysitter 16 mins Underage lolita teen forced sex with aunt and uncle fuck blowjob cumshot lesbian [found .mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-152889090-My friends hot mom - Mrs. Givens (squirter).avi

C:\Users\Owner\Documents\LimeWire\Saved\Tamara 14 - 14 yr sister watches incest porn preteen kiddy Sexy Teen Girl porno ass vagina sister mother milf wife mom father daughter (7).mpg

C:\Users\Owner\Documents\LimeWire\Saved\Drunk sister in bed nude porno sexy bitch ass cunt anal asian rape spank redhead upskirt nipple celeb hentai(1)(1).avi

C:\Users\Owner\Documents\LimeWire\Saved\Hot mom giving guy a blow job upskirt fuck sexy babes voyeur panties masturbation blowjobs teens bondage hardcore dildo clit 69 orgy adult swingers butt cock breast nipples .mpg

C:\Users\Owner\Documents\LimeWire\Incomplete\T-83923046-16mins couple rape 18yo babysitter 16minscouple rape 18yobabysitter 16 mins Underage lolita teen forced sex with aunt and uncle fuck blowjob cumshot lesbian [found .mpg

C:\Users\Owner\Documents\LimeWire\Saved\25.My Friends Hot Mom - Ava Devine - Office Slut.mpg

C:\Users\Owner\Documents\LimeWire\Saved\Bang Bros - Big mouth fulls new episode 25.avi

C:\Users\Owner\Documents\LimeWire\Incomplete\T-10952708-Virgin get's Cherry Popped - WWW.EROTRIX.COM - [xxx sex lolita porn erotic flatrix r@ygold young defloration nude naked mpg little tits teen preteen girl virgin fuck rape anal .mpg

C:\Users\Owner\Documents\LimeWire\Saved\Sex - Mother`s Day - Mom And Son In Hotel Episode (XXX mature mom incest Kay Parker).MPG

C:\Users\Owner\Documents\LimeWire\Incomplete\T-585678212-Girls Gone Wild - Ultimate Spring Break(Full DVD).mpg

C:\Users\Owner\Documents\LimeWire\Saved\Glory Hole - My Friends Hot Mom - Sarah Full.mpg

C:\Users\Owner\Documents\LimeWire\Saved\My Friend's Hot Mom - Mrs. Ava Devine - Babysitter.mpg

C:\Users\Owner\Documents\LimeWire\Saved\My Friends Hot Mom - Jenaveve Jolie.mpg

C:\Users\Owner\Documents\LimeWire\Saved\My sister's 18th birthday party - [search EROTRIX for quality porn] - sex xxx erotic young girl nude naked strip lolita teen jpg preteen girl virgin fuck rape anal camel toe as.mpg