**Exhibit #12**

**Google Terms on Gateway Tower**

    Accidental cheerleader flash

    Accidental cheerleader nudity

    High school basketball cheerleader

    High school cheerleader

    High school cheerleader nudity

    Tight panties

    Alien sex

    Small penis sex

    Ass crack sex

    Young teen sex

```
</document>
<iconurl></iconurl>
 <title>young teen sex - Google Image Search</title>
</page>
```

```
"text">
 <conten
```

File Content | Properties | Hex Interpreter

| Name | Label | Item... |
|---|---|---|
| Carved [140210204].gmail message | | 929... |
| Carved [2551678742].yc | | 929... |
| pagefile.sys | | 25560 |

```
/images?hl=en&safe=off&rls=org.mozilla:en-US:official&q=young+teen+sex&start=105&sa=N
/images?hl=en&safe=off&rls=org.mozilla:en-US:official&q=young+teen+sex&start=126&sa=N
/images?hl=en&safe=off&rls=org.mozilla:en-US:official&q=young+teen+sex&start=147&sa=N
/images?hl=en&safe=off&rls=org.mozilla:en-US:official&q=young+teen+sex&start=168&sa=N
/images?hl=en&safe=off&rls=org.mozilla:en-US:official&q=young+teen+sex&start=189&sa=N
/images?hl=en&safe=off&rls=org.mozilla:en-US:official&q=young+teen+sex&start=21&sa=N
```

Hex | Text | Filtered | Natural

```
{state:{entries:[{url:"http://www.google.com/search?q=accidental+cheerleader+flash&ie=utf-8&oe=utf-8&aq=t&rls=org.mozilla:en-US:official&client=firefox-a", title:"accidental cheerleader flash - Google Search", ID:567},
{url:"http://images.google.com/images?q=accidental%20cheerleader%20flash&ie=utf-8&oe=utf-8&rls=org.mozilla:en-US:official&client=firefox-a&um=1&sa=N&tab=wi", title:"accidental cheerleader flash - Google Image Search", ID:568},
{url:"http://images.google.com/images?um=1&hl=en&safe=off&client=firefox-a&rls=org.mozilla:en-US:official&q=accidental+cheerleader+flash&start=20&sa=N&ndsp=20", title:"accidental cheerleader flash - Google Image Search", ID:569},
{url:"http://images.google.com/images?q=accidental+cheerleader+nudity&btnG=Search+Images&um=1&hl=en&safe=off&client=firefox-a&rls=org.mozilla%3Aen-US%3Aofficial&sa=2", title:"accidental cheerleader nudity - Google Image Search", ID:578},
{url:"http://images.google.com/images?um=1&hl=en&safe=off&client=firefox-a&rls=org.mozilla:en-
```