**Exhibit #13**

**Most Recent Files Viewed on Windows Media Player on Gateway Computer**

- C:\Users\Owner\Documents\LimeWire\Saved\16mins couple rape 18yo babysitter 16minscouple rape 18yobabysitter 16 mins Underage lolita teen forced sex with aunt and uncle fuck blowjob cumshot lesbian [found .mpg

- C:\Users\Owner\Documents\LimeWire\Saved\Brother rapes sleeping underage virgin young teen sister twice - LOLITAS sleeping girl raped xxx porn sex.mpg

- C:\Users\Owner\Documents\LimeWire\Incomplete\Preview-T-10952708-Virgin get's Cherry Popped - WWW.EROTRIX.COM - [xxx sex lolita porn erotic flatrix r@ygold young defloration nude naked mpg little tits teen preteen girl virgin fuck rape anal .mpg

- C:\Users\Owner\Documents\LimeWire\Saved\Hot mom giving guy a blow job upskirt fuck sexy babes voyeur panties masturbation blowjobs teens bondage hardcore dildo clit 69 orgy adult swingers butt cock breast nipples .mpg

- C:\Users\Owner\AppData\Local\Temp\03.wmv

- C:\Users\Owner\AppData\Local\Temp\04-1.wmv

- C:\Users\Owner\AppData\Local\Temp\04.wmv

- C:\Users\Owner\Documents\LimeWire\Saved\25.My Friends Hot Mom - Ava Devine - Office Slut.mpg

- C:\Users\Owner\Documents\LimeWire\Saved\Glory Hole - My Friends Hot Mom - Sarah Full.mpg