**Exhibit #14**

**Pagefile.sys Samples from Gateway Tower**

    C:\Users\Owner\Documents\LimeWire\Saved\mNaughty College School Girls 6-Best Porn Clip Ever - Divx Mpg Avi Porno Teen Xxx Movie Sex Blonde Redhead Gangbang Cumshot(3).mp4.ipod(1).mp4w

    C:\Users\Owner\Documents\LimeWire\Saved\Brother rapes sleeping underage virgin young teen sister twice - LOLITAS sleeping girl raped xxx porn sex.mpgw

    hC:\Users\Owner\Documents\LimeWire\Saved\family sex - 13yo brother fucks 11yo sister and sperm inside.mpgw

    C:\Users\Owner\Documents\LimeWire\Saved\Full Length --- Private stars.6 Naughty College School Girls 6-Best Porn Clip Ever - Divx Mpg Avi Porno Teen Xxx Movie Sex Blonde Redhead Gangbang Cumshot(2)(1)(1).mp4w

    _C:\Users\Owner\Documents\LimeWire\Saved\daisy hot mom 12yr old underage child [DVDRip.DivX].aviw

    ^C:\Users\Owner\Documents\LimeWire\Saved\My Friend's Hot Mom - Mrs. Ava Devine - Babysitter.mpgw

    C:\Users\Owner\Documents\LimeWire\Saved\Porno - my sister fucking her boyfriend (filmed from the cupboard)(teen sex anal ass fuck nude bathtub clit cunt cum pussy web d.mpgw

    C:\Users\Owner\Documents\LimeWire\Saved\mom and dad fuck 18 yo babysitter - Xxx porn sex - Fisting incest child teen preteen lolita young gay porn beast p.mpgw

    vC:\Users\Owner\Documents\LimeWire\Saved\Naughty America - Mrs Vicky Vette in My Friends Hot Mom 5 - Best Laid Plan.aviw

    YC:\Users\Owner\Documents\LimeWire\Saved\All TheMyFriends Hot Mom Ava Deviane Episodes.aviw

    OC:\Users\Owner\Documents\LimeWire\Saved\My Friends Hot Mom - Jenaveve Jolie.mpgw

    C:\Users\Owner\Documents\LimeWire\Saved\Porno - Bad Girl 6 - Full Porn Movie - Fucking Blowjobs cumshots orgasms (slut teen young big horny lesbian hot sex sexy raw whore virgin college Jenna Jameson Britney Spears p.mp4w

    mC:\Users\Owner\Documents\LimeWire\Saved\My Friend's Hot Mom - Mrs. Sofia Soleil & Rachel Roxxx (08.23.07).mpgw

    C:\Users\Owner\Documents\LimeWire\Saved\16mins couple rape 18yo babysitter 16minscouple rape 18yobabysitter 16 mins Underage lolita teen forced sex with aunt and uncle fuck blowjob cumshot lesbian [found .mpgw

    XC:\Users\Owner\Documents\LimeWire\Saved\Glory Hole - My Friends Hot Mom - Sarah Full.mpgw

    SC:\Users\Owner\Documents\LimeWire\Saved\My friends hot mom - Mrs Carmella Bing.mpegw

1

C:\Users\Owner\Documents\LimeWire\Saved\Hot mom giving guy a blow job   upskirt fuck sexy babes voyeur panties masturbation blowjobs teens bondage hardcore dildo clit 69 orgy adult swingers butt cock breast nipples .mpgw

|C:\Users\Owner\Documents\LimeWire\Saved\XXX 17 year old muslim girl fucked hard by her dad - hardcore arab anal sex porn.mpgw

]C:\Users\Owner\Documents\LimeWire\Saved\Naughty America - My Friend's Hot Mom - Mrs. Envy.mpgw

C:\Users\Owner\Documents\LimeWire\Saved\My sister's 18th birthday party - [search EROTRIX for quality porn] - sex xxx erotic young girl nude naked strip lolita teen jpg preteen girl virgin fuck rape anal camel toe as.mpgw

oC:\Users\Owner\Documents\LimeWire\Saved\Keeley Hazell leaked Home Sex Tape FULL XXX VIDEO JUST RELEASED (4).mpgw

]C:\Users\Owner\Documents\LimeWire\Saved\25.My Friends Hot Mom - Ava Devine - Office Slut.mpgw

C:\Users\Owner\Documents\LimeWire\Saved\Porn- Father , Mother and Daughter - Father and Son - lolita facial - mature anal - incest - HARDCORE Brother and Sister KIDS arab and turkish xxx Anime Toon Cartoons Sex .mpgw

C:\Users\Owner\Documents\LimeWire\Saved\zI fucked my 25 yr old sisters hot pussy( lolita illegal preteen black cock qwerty ddoggprn rape sex xxx hardcore pussy tits porn porno.mpgw

C:\Users\Owner\Documents\LimeWire\Saved\LolitaSex Movie - Best Teens - Marianna - Danish teen 14yo fucked outside - Holland porno 1 (full 32m16s) [Lolita Network - NL].mpgw

C:\Users\Owner\Documents\LimeWire\Saved\Sex - Mother`s Day - Mom And Son In Hotel Episode (XXX mature mom incest Kay Parker).MPGw

C:\Users\Owner\Documents\LimeWire\Saved\Tamara 14  - 14 yr sister watches incest porn preteen kiddy Sexy Teen Girl porno ass vagina sister mother milf wife mom father daughter (7).mpgw

C:\Users\Owner\Documents\LimeWire\Saved\My 13 year old sister satisfying herself on my 27 year old massive cock - reelkiddymov lolita preteen young incest inzest kiddie porno sex xxx.mpegw

C:\Users\Owner\Documents\LimeWire\Saved\Drunk sister in bed nude porno sexy bitch ass cunt anal asian rape spank redhead upskirt nipple celeb hentai(1)(1).aviw

VC:\Users\Owner\Documents\LimeWire\Saved\Bang Bros - Big mouth fulls new episode 25.aviw

FILES_NOT_TO_SHAREsq

SPECIAL_STORE_FILESsq

"SENSITIVE_DIRECTORIES_NOT_TO_SHAREsq

DIRECTORIES_NOT_TO_SHAREsq

SENSITIVE_DIRECTORIES_VALIDATEDsq

2

STR0

Zone.Identifier

INDX(

PictureViewer.exe

PictureViewer.Resources

C:\Users\Owner\Documents\LimeWire\Saved

C:\Users\Owner\Documents\LimeWire\Saved\My friends hot mom - Sister Dearest (Traci Lords, Amber Lynn, Peter North, Harry Reems).mpg

gpm.)smeeR yrraH ,htroN reteP ,nnyL rebmA ,sdroL icarT( tseraeD retsiS - mom toh sdneirf

oy01 & oy9 neeterp owt tp - ecinaJ & ykciV )chtp(

file:c:/Users/Owner/Documents/LimeWire/Saved/(pthc) Vicky & Janice - pt two preteen 9yo & 10yo girls pretty cunts - hidden cam.mpg

Owner-PC\Owner

video

file

(pthc) Vicky & Janice - pt two preteen 9yo & 10yo girls pretty cunts - hidden cam.mpg

0000000000000000

(pthc) Vicky & Janice - pt two preteen 9yo & 10yo girls pretty cunts - hidden cam.mpg

Video

Saved (C:\Users\Owner\Documents\LimeWire)

OWNER-PC

(pthc) Vicky & Janice - pt two preteen 9yo & 10yo girls pretty cunts - hidden cam (C:\Users\Owner\Documents\LimeWire\Saved)

(pthc) Vicky & Janice - pt two preteen 9yo & 10yo girls pretty cunts - hidden cam.mpg

(pthc) Vicky & Janice - pt two preteen 9yo & 10yo girls pretty cunts - hidden cam.mpg

,6Recent Items

Shortcut

C:\Users\Owner\AppData\Roaming\Micr

soft\Windows\Recent Items

3

C:\Users\Owner\AppData\Roaming\Microsoft\Windows\Recent Items\jpgs.lnk

knl.sgpj

file:c:/Users/Owner/AppData/Roaming/Microsoft/Windows/Recent/jpgs.lnk

Owner-PC\Owner

J:\d200\jpgs

link

file

jpgs.lnk

0000000000000000

jpgs.lnk

Link

Recent Items (C:\Users\Owner\AppData\Roaming\Microsoft\Wind

\USERS\OWNER\APPDATA\ROAMING\MACROMEDIA\FLASH
    PLAYER\MACROMEDIA.COM\SUPPORT\FLASHPLAYER\SYS

\USERS\OWNER\DOCUMENTS\LIMEWIRE\INCOMPLETE\T-7942784-HOT 19 YEAR (FAMILY
    CAMCORDER USED FOR SPYING ON HER HAVING SEX WITH BOYFRIEND)(TEEN
    SEX ANAL ASS FUCK NUDE EURO CLIT CUNT CUM PUSSY WEB DRESS
    HIPS).MPG

\USERS\OWNER\DOCUMENTS\LIMEWIRE\SAVED\A CREAMPIE~ - HOT JESSICA - AN 8
    TEEN YEAR OLD BRUNETTE COED GETS FUCKED  & SHOT FULL OF CUM
    DURING SEX AUDITION ADULT BLOWJOB FACIAL PORNO PUSSY XXX MOVIE
    CLIP VIDEO.MPG

\USERS\OWNER\DOCUMENTS\LIMEWIRE\INCOMPLETE\PREVIEW-T-31418156-MY 15YO
    TEENY DAUGHTER GETTING FUCKED ON MY COUCH -  HIDDEN CAM - MY WIFE
    WOULD KILL ME IF SHE KNEW - GREAT STUFF - ILLEGAL INCEST-[HONK]-(1).MPG

C:\USERS\OWNER\DOCUMENTS\LIMEWIRE\SAVED\JEUNES FILLES NUES PHOTOS
    GRATUITES SEXE AMATEURS SEX GRATUIT PORNO X AMATRICES SEXY
    CHARME 009 BITE CUL CHATTE COUILLES ANUS LEVRETTE SODOMIE NUE
    FEMME.JPG

\USERS\OWNER\DOWNLOADS\NIK COMPLETE
    COLLECTION\NIK.COLOR.EFEX.PRO.PHOTOSHOP.PLUGIN.V1.0E.WIN9XNT-
    ODDITY\NIK.COLOR.EFEX.PRO.PHOTOSHOP.PLUGIN.V1.0E.WIN9XNT-
    ODDITY\NIK_COLOR_EFEX_PRO_1_EN\NIK COLOR EFEX PRO_1_EN

C:\USERS\OWNER\DOCUMENTS\LIMEWIRE\SAVED\HOT 19 YEAR (FAMILY CAMCORDER
    USED FOR SPYING ON HER HAVING SEX WITH BOYFRIEND)(TEEN SEX ANAL ASS
    FUCK NUDE EURO CLIT CUNT CUM PUSSY WEB DRESS HIPS).MPG

4

C:\USERS\OWNER\DOCUMENTS\LIMEWIRE\SAVED\16YO THAI GIRL WITH TWO BOYS, 18YO AND 17YO SHAVED RECOMENDO FLAGRAS BIG BROTHER - BBB - SEXO HACKER PUTARIA KIDS  INCESTOS MAE F

ILHA ESTUPRO SEXO ANAL.MPG

CROS

~31BF3856AD364E35~AMD64~~6.0.2.27.CAT

GNELWY

C:\WINDOWS\SYSTEM32\CATROOT\{F750E6C3-38EE-11D1-85E5-00C04FC295EE}\PACKAGE_56_FOR_KB935509~31BF3856AD364E35~AMD64~~6.0.1.9.CAT

IGHTS_O

C:\WINDOWS\SYSTEM32\CATROOT\{F750E6C3-38EE-11D1-85E5-00C04FC295EE}\PACKAGE_57_FOR_KB935509~31BF3856AD364E35~AMD64~~6.0.1.9.CAT

NDARD\CM_PLATE_TEUTONIC_LOD0.MESH

ARD.RESOURCES.DLL

ARETHGFAS.WMV

\DEVICE\HARDDISKVOLUME8

U8U8

U8U8

U8U8