**Exhibit #17**

**Files Downloaded Using Morpheus on Compaq Laptop Computer**

| Original Filename | Last Modified |
|---|---|
| Porn- Vivid - Full hour porno - Carmen electra playboy dvd rip.mpg | 6/18/2008 1:58:58 PM |
| Porn - Miami University Homemade Porno With Webcam (GREAT!).mpg | 6/24/2008 4:56:14 PM |
| my 9yo cousin sucking my cock.mpg | 6/29/2008 5:08:46 AM |
| BangBros - BackRoom Facials - Stupid Bitch.mpg | 6/25/2008 10:46:06 PM |
| BangBros -Creampie Surprise - 31 - Simony (Tight Anal).wmv | 6/25/2008 10:52:18 PM |
| IDEEPTHROAT - Heather Brooke & Adele - Threesome - MFF - Pussy licking & Blowjob on Bed - 00001.mpg | 6/28/2008 8:19:38 PM |
| Porn - ideepthroat - Heather Brooke - adult movie college girlfriend deep throats and swallows all - comp - 1.19.mpg | 6/28/2008 8:20:00 PM |
| Heather Brooke - iDeepThroat - Anal & Cumshot.mpeg | 6/28/2008 8:35:02 PM |
| My hot sister in law sucking and fucking me.mpg | 6/28/2008 8:35:22 PM |
| Heather Brooke - NEW, Vacation Blowjob! ideepthroat, heatherbrooke, deepthroat.wmv | 6/28/2008 8:39:12 PM |
| Hidden Camera -- Dorm Room Sex (1) Part 1 (Taboo - brother and sister fuck in her bedroom).mpg | 6/29/2008 4:12:50 AM |
| Duke college girl fucks a dog in her dorm - beast sex xxx home movie porn tiny tits lolita qwerty anal rape beastiality - j.mpeg | 6/29/2008 4:13:28 AM |
| GroupSex - MMF Roommate Ass fucks his girl friend.mpg | 6/29/2008 4:17:12 AM |
| voyeur highschool homemade porn webcam - cutie - university dorm sex.mpg | 6/29/2008 4:17:44 AM |
| Porn- Girls Gone Wild - Sorority Girls' Sex-party.mpg | 6/29/2008 4:26:20 AM |
| Girls gone wild - Drunk amateur college girls make a porno 1.mpg | 6/29/2008 4:27:38 AM |
| Girls Gone Wild - College Fuck Fest.mpg | 6/29/2008 |

1

|  | 4:29:28 AM |
|---|---|
| Porn - Hustler Barely Legal - Vivid women Alexa Rae.avi | 6/29/2008 4:35:22 AM |
| Home video hidden camera - caught sis fucking our cousin.mpg | 6/29/2008 4:42:02 AM |
| Porn - Anna Malle private teacher cousin.mpg | 6/29/2008 4:42:12 AM |
| porn VIVID - Devon legs butt sex.mpg | 6/29/2008 4:43:36 AM |
| sister giving our cousin a blowjob on webcam - .mpg | 6/29/2008 4:46:04 AM |
| family sex - mature mom - aunt fucks nephew on mom s bed.mpg | 6/29/2008 4:49:44 AM |
| Sex - Porn - Tight little pussy gets rode hard.mpg | 10/10/2008 1:19:54 AM |
| french girl hot sex hardcore porn fuck.mpg | 10/10/2008 1:42:02 AM |
| Amateur - teen slut sex porn fuck 28min 12 sec 1.mpg | 6/29/2008 4:59:44 AM |
| Homeclips Voyeur Absolute Private Amateur Fuck Spy Cam Stolen Video Heimlich ficken 1.avi | 7/1/2008 3:49:04 PM |
| Porn - Mexican Girl - Beautiful (Hardcore) Anal.mpg | 7/1/2008 1:22:36 PM |
| BangBus Shannon [Full] milf porn anal fucking black ass xxx porno deep throat sucking blowjob 1.mpeg | 7/1/2008 1:23:30 PM |
| Amateur porn - horny housewife homemade video.avi | 11/9/2008 3:16:16 AM |
| Porn - Porn - Hot Brazilian Latin Sex.mpeg | 7/1/2008 1:30:06 PM |
| college girls - couple fucking on coach sex porn hardcore.mpg | 10/10/2008 1:39:12 AM |
| porn - nude celeb Alyssa Milano - Lesbian Sex (Celebrity).mpeg | 7/1/2008 1:31:52 PM |
| xxxAmateur Wife Sex In Hotel- Good!.mpeg | 7/1/2008 1:36:02 PM |
| PoRn - Indian girl anal sex in hotel.mpg | 7/1/2008 1:36:22 PM |
| spy cam - pthc porn 9 hidden camera dad and daughter!!!.mpg | 7/1/2008 1:36:48 PM |

| | |
|---|---|
| Sex Fuck Porn Hidden Camera Webcam - Vietnam Hotel Sex.mpg | 7/1/2008 1:39:10 PM |
| spy cam seventeen yr old grl-holy!fuck!.mpg | 7/1/2008 1:44:08 PM |
| adult movies - spy cam - sex wit young wife home video.mpg | 7/1/2008 1:44:46 PM |
| homeclips - amatuer - real amateur home videos fuck09.mpg | 7/1/2008 1:46:56 PM |
| Spy Cam - Compilation of amateur teen college girls caught on camera stripping, masterbating, suck 'n fuck.mpg | 7/1/2008 1:48:04 PM |
| homeclips -Home.Made.Porn.-.University.Girl.Complete.mpg | 7/1/2008 1:56:06 PM |
| Hidden spy Cam on Amateur BBW - While getting fucked - Bbw,fat,whore,fucks me for 10 minutes , chubby , chunky , you.mpg | 7/1/2008 2:01:24 PM |
| Creampie - Homeclips - Loud cum inside.mpeg | 7/1/2008 3:52:52 PM |
| homeclips- my girlfriends first porno.mpg | 7/1/2008 3:53:02 PM |
| Homeclips girls sex movie - this porn is fuckin awesome-good quality.mpg | 7/1/2008 3:54:26 PM |
| homeclips hidden cam deb drunk ho i fucked in huntsville.mpg | 7/1/2008 3:54:32 PM |
| Best way to fuck a virgin - OnionBooty.avi | 7/5/2008 7:46:54 AM |
| (REAL VIRGIN) - best teens - Kellys first fuck.mpg | 7/5/2008 8:00:00 AM |
| Virgin Andrea defloration porn hymen cherry.mpg | 7/3/2008 8:32:02 PM |
| porn - Brazilian Blonde - 19 - Defloration anal sex brazilian girl.mpg | 7/3/2008 8:36:48 PM |
| Virgin teen gets raped in her own house 2 (illegal preteen underage lolitas kiddy child incest xxx porno gay fuck young nake.mpg | 7/5/2008 8:36:58 AM |
| Defloration Virgin Rita (porno sexe teens bite vagin fellation sperme anus sodomie suce anal sex cha.mpg | 7/5/2008 11:59:58 AM |
| PapaCherry - pthc - Incest - Made a fuck film with my sister in law while going thru divorce sent to ex 3 weeks later LOL.mpg | 7/3/2008 8:56:10 PM |
| giselle humes sexy girl has shaking orgasm during sex.mpg | 7/4/2008 4:45:30 PM |
| porn - 18 yo spanish virgin first time.mpg | 7/5/2008 |

3

| | 7:42:32 AM |
|---|---|
| dirty old man gets dick sucked by college cutie - MAGIC OF THE VIP ROOM (hardcore blowjob bj jb sex porn nude cute teen).mpg | 7/5/2008 2:43:40 PM |
| mature milf - big natural tits mom hot moms older ladies old woman ass sex xxx porn erotic girl nude naked strip mpg fuck224.mpg | 7/5/2008 2:46:10 PM |
| amateur porn - mature mom having sex in motelroom hidden camera.mpg | 7/5/2008 2:49:18 PM |
| Mature - Teens Incest - Animal sex 2 wifes 1 dog real fuck part 4 1 1.mpeg | 7/5/2008 2:49:24 PM |
| (Arabic) v Mature - Amateur Xxx Arab Lebanon Sex Sehr Weibliche Figur Guter Orgasmus Sagenhafte Fotze (Homemade Video).mpeg | 7/5/2008 3:28:12 PM |
| Sex-Kamasutra Arabe - Arabian Princess Gets Fucked------Tabata Cash Indian Desi Fucked By Arab Afghani---Arabic Porno.mpg | 7/5/2008 3:55:18 PM |
| 2 arabic sex - easy greek anal sex - arab in lebanon fucks an living in gay with yan and mira sex 1.mpg | 7/5/2008 3:57:22 PM |
| College fuck fest - TEENS - Frat party sex.mpg | 7/5/2008 9:34:56 PM |
| MILF Hunter Kiki Daire - American Bukkake 17.mpg | 7/5/2008 9:53:22 PM |
| HELL YES!!!!!!!! 17Yr Boy Doggyfuck 16Yr Sister Brother Lolita Child Preteen 1(1)(Lolitas, Sex, Porn, Hentai, Manga, Rape, A.mpg | 7/5/2008 9:53:36 PM |
| 17yr porn real homemade with webcam.avi | 11/9/2008 3:40:50 AM |
| Highschool homemade porn webcam - Cutie - Hidden camera of college couple sex full 4.mpg | 7/5/2008 10:30:14 PM |
| Reality sex in public porn teen girls mature 1.mpg | 7/5/2008 2:52:20 PM |
| Erotica - Granny Sex - An Older Mature Mom Sucks & Fucks To Ectasy.mpg | 7/5/2008 3:21:06 PM |
| Amateur - WIFE susan creampie pussy - cuckold MF sex porn cum cunt fuck slut.MPG | 7/7/2008 1:30:40 AM |
| My wife sex video amateur home made porno.mpg | 7/7/2008 1:32:50 AM |
| xxx dogging Amateur wife sharing car sex 3some.mpg | 7/7/2008 1:32:56 AM |
| Amateur Wife Voyeur Mexican Preteen Sex Latina Babe Private Girl Mature College Spy Porn Black Women Fat Bbw Big Tits.mpeg | 7/7/2008 1:38:00 AM |
| Amatuer Hidden Cam Voyeur Home Video Wife Sex Girlfriend Cum Homemade Wife Facial Swallow Deep Throat Forced Whore002(1).mpg | 7/7/2008 1:38:06 AM |

| | |
|---|---|
| wife buttfucking and drinking neighbors cum anal sex pussy blowjob fuck blonde orgy cock cunt slut whore mpg.MPG | 7/7/2008 1:39:14 AM |
| My wife gets me with the babysitter with the Sex and wants more - 16 mins Underage teen forced sex fuck blowjob cumshot lesb.mpg | 7/7/2008 1:44:44 AM |
| (Porno Sex) Group - Horny Wife Swinger Party (very good..very amateur.check me out!).mpg | 7/7/2008 1:44:52 AM |
| sex anal porn cute tits fuck hentai cartoon lesbian gay nude pussy blowjob squirt horny midget xxx real kiddy porn my wife n.mpg | 7/7/2008 1:48:36 AM |
| Swingers - Husband Tapes Wife Having Sex With Fellow Swinger She Met On The Internet - German.mpg | 9/27/2008 2:56:42 AM |
| daughter fucks dad while mom is at store.mpeg | 7/7/2008 3:47:14 AM |
| taboo - kay parker - dad caught by mom fucking daughter.mpg | 7/7/2008 3:52:48 AM |
| fat teen in thong panties getting fucked in her ass hole - nice bbw butt fuck.mpg | 7/7/2008 3:53:06 AM |
| 15 year old lesbians kissing her cotton panties 1min 13secs.mpeg | 7/7/2008 3:54:04 AM |
| T-42437962-(pthc)pedo 9yo.panties molest.mpg | 7/7/2008 3:55:16 AM |
| mom and dad teach daughter to fuck.mpg | 7/7/2008 4:01:06 AM |
| Ass Parade - BangBros - Big Tits Round Asses - Jessica 1.wmv | 7/7/2008 4:02:02 AM |
| German Hottie in panties & nylons fucks two guys-11m04.mpg | 7/7/2008 4:33:38 AM |
| Milf hunter - Trixie - Elizabeth redhead full mature porn 21 13.mpg | 7/7/2008 4:39:22 AM |
| Girls Gone Wild Uncensored Beyond 2 (xxx porn sex).mpg | 7/7/2008 4:46:40 AM |
| (XXX) [Swinger Party] Orgie Swingers (Adult Porn Orgy Group Sex XXX Hardcore Fucking).mpg | 8/31/2008 4:42:16 AM |
| Adult Movies Amatuer Porn - 20 Year Old Katie Madden, MSU College Student.mpg | 9/27/2008 2:31:42 AM |
| adult movies - cheerleader 1 sex fuck porn hardcore ni.mpg | 9/27/2008 3:32:20 AM |
| [Adult comic]-Jab_Ay Papi 05_Incest Porno-By ShadowShare.pdf | 9/27/2008 3:00:48 AM |
| porn-Adult Movies - Amateur Home Video - Watch me fuck my wife on | 9/27/2008 |

| | |
|---|---|
| honeymoon (1).mpg | 3:04:12 AM |
| (Comic Comix Comics Ebook Xxx Erotic Adult Hentai Manga)Hot Moms 4.pdf | 9/27/2008 3:30:16 AM |
| (eBook XXX Erotic Adult Hentai Manga) Lust Complete 9 Ebooks.pdf | 9/27/2008 12:12:00 PM |
| incest Fuck sister-in-law (No Fake - SpyCam in the Door - GOOD to Masturbate).MPG | 9/27/2008 3:49:50 AM |
| [Adult comic]-Jab_Ay papi 08_Incest Porno-By ShadowShare.pdf | 9/27/2008 10:19:28 PM |
| Dog Fucking Babe On Table High Quality animal sex porn(1).mpeg | 9/28/2008 1:23:30 AM |
| XXX - Brianna Banks - Mature Porn - High Quality Sex Scene.mpg | 9/28/2008 1:24:38 AM |
| MILF Hunter - Elizabeth Full(21.13)Hot Redhead, deepthroat.mpg | 9/28/2008 1:32:38 AM |
| Explosive Vacuum - Catalina Cruz - High Quality-virtual blowjob-POV.wmv | 9/28/2008 12:33:12 PM |
| milfhunter - August (Full)18yearsold.mpg | 9/28/2008 12:41:42 PM |
| Porn - Big Booty Black Girls - Girl works that Ass Out.mpg | 10/10/2008 1:20:14 AM |
| black cheerleader 33 sex sexy film video porno porn erotic erotik fuck ficken 1.mpg | 10/10/2008 1:20:48 AM |
| Illegal cute 12 year old being - Xxx porn sex - Fisting incest child teen preteen lolita young gay porn beast p.mpg | 10/10/2008 1:21:48 AM |
| Porn - Super Sexy Brunette Latina Teen Sex.mpg | 10/10/2008 1:35:24 AM |
| LOLITA Italian teen - best ever (xxx porn sex).mpg | 10/10/2008 1:40:58 AM |
| FFM - 70's porn - Kay Parker, Honey Wilder - Taboo 3.Mpg | 10/10/2008 5:17:00 AM |
| Honey Wilder 70's 80's porn (Older Women with Younger Boys 42m21s.mpg | 10/10/2008 5:49:34 AM |
| XXX[Classic] Aunt Peg, Honey Wilder, Lisa DeLeeuw, Little Or.mpg | 10/10/2008 5:54:42 AM |
| classic.xxx.If My Mother Only Knew (Honey Wilder, Amber Lynn, Tom Byron & John Leslie).mpg | 10/10/2008 9:51:44 AM |
| PORN BLACK_TWINS [ fuck sex bitch cunt ebony ass blowjob piss teen anal oral pussy blonde dildo horny breast ].AVI | 10/27/2008 1:51:34 AM |

| | |
|---|---|
| Private home video - Xxx teen sex 3.mpg | 10/27/2008 1:52:34 AM |
| amateur mexican porn video of teen pussy getting drilled.mpg | 10/27/2008 1:56:20 AM |
| 14 year old latina teen lolita home video porn .mpg | 10/27/2008 2:07:50 AM |
| (Lesbian Incest Sisters) - Brooke & Taylor Young (Teenage Twins).mpg | 10/27/2008 2:23:32 AM |
| Playboy - Anna Nicole Smith Fucking (professional porn...mpg | 11/9/2008 2:42:40 AM |
| Incest-daddy daughter _ homemade fuck the kid video.mpg | 11/9/2008 4:06:26 AM |
| max hardcore fucking anna malle's ass xxx anal porn.avi | 11/9/2008 2:46:10 AM |
| Private Amateur Teenager Sex Homevideos (Privat Real Homemade Homeclip Voyour Porn Spy Cam Webcam Teensex Yr Yo) 052.mpg | 11/9/2008 3:52:02 AM |
| sex college fuck fest - best porn clip ever - hard core blonde latina porn shay sweet.mpg | 11/9/2008 2:54:48 AM |
| Stolen homevideo Ex wife Homemade porn video (06 m 20 s).avi | 11/9/2008 3:38:24 AM |
| upskirt girlfriend 15 homemade , close up , pussy , teen , young , preeteen , shaved , ass , amateur , qwerty , wife , anal .mpg | 11/9/2008 4:02:56 AM |
| VU Private Amateur Teenager sex homevideos ( privat real homemade homeclip Voyour Porn spy cam Webcam Teensex yr yo) 030.mpg | 11/9/2008 3:10:40 AM |
| Xxx my parents homemade sex tapes mom swallows.mpg | 11/9/2008 3:36:04 AM |

7