**Exhibit #18**

**Additional Files Located on Laptop Compaq Computer**

File Name	Full Path	Cr Date	Mod Date	Acc Date

homemade my ex girlfriend diane very hot XXX porn sex fick blowjob handjob fuck private teen cumsh.mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\homemade my ex girlfriend diane very hot XXX porn sex fick blowjob handjob fuck private teen cumsh.mpg	11/17/2008 5:44:03 PM	3/18/2008 7:02:01 PM	3/21/2009 9:38:09 PM

homemade sex cute girl has orgasm on webcam.mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\homemade sex cute girl has orgasm on webcam.mpg	11/17/2008 5:44:27 PM	3/18/2008 7:10:26 PM	3/21/2009 9:38:09 PM

HOT 19 year (family camcorder used for spying on her having sex with boyfriend)(teen sex anal ass fuck nude euro clit cunt cum pussy web dress hips).mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\HOT 19 year (family camcorder used for spying on her having sex with boyfriend)(teen sex anal ass fuck nude euro clit cunt cum pussy web dress hips).mpg	11/17/2008 5:44:27 PM	3/18/2008 5:23:35 PM	3/21/2009 9:38:09 PM

joan sebastian juliantla interracial cuckold white wife.mov	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\joan sebastian juliantla interracial cuckold white wife.mov	11/17/2008 5:44:28 PM	3/18/2008 5:15:37 PM	3/21/2009 9:38:09 PM

kerriann.wmv	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\kerriann.wmv	11/17/2008 5:44:29 PM	3/18/2008 4:46:27 PM	3/21/2009 9:38:09 PM

My 15yo Teeny Daughter getting fucked on my couch - Hidden Cam - My wife would kill Me if she knew - Great stuff - Illegal Incest-[honk]-(1).mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\My 15yo Teeny Daughter getting fucked on my couch - Hidden Cam - My wife would kill Me if she knew - Great stuff - Illegal Incest-[honk]-(1).mpg	11/17/2008 5:44:29 PM	3/18/2008 5:20:06 PM	3/21/2009 9:38:09 PM

Porno - my sister fucking her boyfriend (filmed from the cupboard)(teen sex anal ass fuck nude bathtub clit cunt cum pussy web d.mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\Porno - my sister fucking her boyfriend (filmed from the cupboard)(teen sex anal ass fuck nude bathtub clit cunt cum pussy web d.mpg	11/17/2008 5:44:32 PM	3/18/2008 5:21:05 PM	3/21/2009 9:38:09 PM

Private Amateur Teenager sex homevideos ( privat real homemade homeclip Voyour Porn spy cam Webcam Teensex yr yo) 030 video amador real sexo 7 - namorada a praticar para filmes.mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\Private Amateur Teenager sex homevideos ( privat real homemade homeclip Voyour Porn spy cam Webcam Teensex yr yo) 030 video amador real sexo 7 - namorada a praticar para filmes.mpg	11/17/2008 5:44:33 PM	3/18/2008 5:45:47 PM	3/21/2009 9:38:08 PM

Sex 3 min very real homemade video MILF mature woman fucking in her mom and dads bedroom adult porn xxx movie.mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\Sex 3 min very real homemade video MILF mature woman fucking in her mom and dads bedroom adult porn xxx movie.mpg	11/17/2008 5:44:39 PM	3/18/2008 7:18:57 PM	3/21/2009 9:38:08 PM

trailer.wmv	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\trailer.wmv	11/17/2008 5:44:41 PM	3/18/2008 4:53:04 PM	3/21/2009 9:38:08 PM

Young girl strips and fucks her boyfriend Homemade porn teenager teen sex fucking.mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\Young girl strips and fucks her boyfriend Homemade porn teenager teen sex fucking.mpg	11/17/2008 5:44:42 PM	3/18/2008 7:09:18 PM	3/21/2009 9:38:08 PM

young really sexy 12 year old girl gets fucked xxx child porn sex illegal lolita sailor moon incest britney spears(1)(1)(1)(1).mpg	Tummins\Part_1\NONAME-NTFS\Documents and Settings\Owner\My Documents\Shared\young really sexy 12 year old girl gets fucked xxx child porn sex illegal lolita sailor moon incest britney spears(1)(1)(1)(1).mpg	11/17/2008 5:44:46 PM	3/18/2008 7:33:23 PM	3/21/2009 9:38:07 PM