**Exhibit #19**

**Most Recent Files Viewed on Windows Media Player on Laptop Compaq Computer**

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\Partials\Candy Manson & Rachel RoXXX - SexPro Adventures [4_5_07].mpeg

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\Porn - Super Sexy Brunette Latina Teen Sex.mpg

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\Playboy - Anna Nicole Smith Fucking (professional porn...mpg

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\max hardcore fucking anna malle's ass xxx anal porn.avi

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\classic.xxx.If My Mother Only Knew (Honey Wilder, Amber Lynn, Tom Byron & John Leslie).mpg

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\college girls - couple fucking on coach sex porn hardcore.mpg

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\Illegal cute 12 year old being - Xxx porn sex - Fisting incest child teen preteen lolita young gay porn beast p.mpg

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\Incest-daddy daughter _ homemade fuck the kid video.mpg

- C:\Documents and Settings\Owner\My Documents\Morpheus Shared\Downloads\LOLITA Italian teen - best ever (xxx porn sex).mpg