**Exhibit #20**

**List of Files Found in Unallocated Space on Compaq Laptop Computer**

ERR|IMN 05-17 16:47:07 Failed to share file (Illegal) Pedo Kiddie Fuck Kiddy Child Sex Relief Porn - Aroused Moaning 7Yr Old Getting It Good - T.mpg

ERR|IMN 05-17 16:47:07 Failed to share file ---Real Wow !!!!!!!! Russian Dad Fuck His 12Yo Daughter And Her 13Yo Best Friend.mpg

ERR|IMN 05-17 16:47:07 Failed to share file 13 year old girlfriend shows super hardcore fuck incest preteen child porn young ass pussy vagina(1).mpg

ERR|IMN 05-17 16:47:07 Failed to share file LOLITA Italian teen - best ever (xxx porn sex) 1.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Mature - Amateur russian mom fuck with teen.avi

ERR|IMN 05-17 16:47:07 Failed to share file Nymph - Vivid full length porn xxx nude.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Porn Movie - Veronica - College fuck complete all - XXX - Teen student kiss suck fuck - 3 positions - 1.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Private Amateur Teenager Sex Homevideos (Privat Real Homemade Homeclip Voyour Porn Spy Cam Webcam Teensex Yr Yo) 027.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Real Good Teen porn!!!(pretty teens sex) 1.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Scat - Animal Sex - Brazilian Girl Fucking Dog.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Sex 13 min Highschool girl and guy fucking on black bed oral fingering adult porn movie xxx video.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Thumbs.db

ERR|IMN 05-17 16:47:07 Failed to share file Vintage XXX - classic 40's porn sex film with a sweet young girl__very rare.avi

ERR|IMN 05-17 16:47:07 Failed to share file Wifey World - Fuck the sister while wife is away.mpg

ERR|IMN 05-17 16:47:07 Failed to share file animal sex girl fucking dog - Homemade Porn .mpeg

ERR|IMN 05-17 16:47:07 Failed to share file bestiality - animal sex - beastiality very young girl in white gets fucked by her big dog.mpg

ERR|IMN 05-17 16:47:07 Failed to share file cutie 18+ virgin deflowered.wmv

ERR|IMN 05-17 16:47:07 Failed to share file fucking my sister in the ass (anal incest porn sex preteen lolita) xxxqwer.mpg

ERR|IMN 05-17 16:47:07 Failed to share file homeclips - melanie 17 years young masturbation webcam MSN PORN SERIAL MSN XXX SEX PORN GEIL LATEX GIRLS -=JVNM=- JVNM Hack.mpeg

ERR|IMN 05-17 16:47:07 Failed to share file milf hunter porn sex xxx mature - trixie - milfhunter scores mature redhead.mpg

ERR|IMN 05-17 16:47:07 Failed to share file porn - 18 yo spanish virgin first time.mpg

1

ERR|IMN 05-17 16:47:07 Failed to share file porn Amateur - Home video couple fuck - creamy pussy.mpg

ERR|IMN 05-17 16:47:07 Failed to share file porno - teen virgin first time sex OUCH.mpg

ERR|IMN 05-17 16:47:07 Failed to share file teen couple on bed naked having sex 14 15 16 17 amateur xxx girl boy tits ass lolita illegal high school voyeur(1).mpg

ERR|IMN 05-17 16:47:07 Failed to share file young student girl fucked (Lolita Teen Porn Rape Sex Nude) QWE(1).mpg

ERR|IMN 05-17 16:47:07 Failed to share file best young teen underage anal rape sex hot fucking blond porn xxx - complete 10megs (1).mpg

ERR|IMN 05-17 16:47:07 Failed to share file Cheyenne Porno - Teenager in the wood young teen sex fuck blowjob anal ass sodomy pussy adult porn cock suck gag.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Private Amateur Teenager Sex Homevideos (Privat Real Homemade Homeclip Voyour Porn Spy Cam Webcam Teensex Yr Yo) 031.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Sex 7 min Korean girl great body full bouncing breasts gets fucked by asian guy oral 69 licking adult porn xxx movie.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Lindsay Lohan Sex Tape FULL NUDE VIDEO.wmv

ERR|IMN 05-17 16:47:07 Failed to share file Porno - Bad Girl 6 - Full Porn Movie - Fucking Blowjobs cumshots orgasms (slut teen young big horny lesbian hot sex sexy.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Kim_Kardashian___Ray_J_Sex-tape__full_.mpg

ERR|IMN 05-17 16:47:07 Failed to share file MILF Hunter - Amber Full (Mature Porn)..mpg

ERR|IMN 05-17 16:47:07 Failed to share file Adult Movies - Full Penetration - Good Quality -Sex-xxx-Porn.mpg

ERR|IMN 05-17 16:47:07 Failed to share file high school girls sex movie pussy xxx hardcore porn sex sexy girl girls penetration masturbation oral anal.mpg

ERR|IMN 05-17 16:47:07 Failed to share file College girls - couple fucking on coach sex porn hardcore.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Exploited teens - Porn - 16 Year Old Loses Virginity.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Amateur porn - School - High school cheerleader having sex.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Porn- Girls Gone Wild - Sorority Girls' Sex-party.mpg

ERR|IMN 05-17 16:47:07 Failed to share file (Illegal) Pedo Kiddie Fuck Kiddy Child Sex Relief Porn - Aroused Moaning 7Yr Old Getting It Good - T.mpg

ERR|IMN 05-17 16:47:07 Failed to share file ---Real Wow !!!!!!!! Russian Dad Fuck His 12Yo Daughter And Her 13Yo Best Friend.mpg

ERR|IMN 05-17 16:47:07 Failed to share file 13 year old girlfriend shows super hardcore fuck incest preteen child porn young ass pussy vagina(1).mpg

ERR|IMN 05-17 16:47:07 Failed to share file 19 Blonde virgin daughter has sex for the first time and trembles from cock.mov

ERR|IMN 05-17 16:47:07 Failed to share file BEST young teen sex hot fucking blond porn xxx - COMPLETE 10megs (1) (1) 1.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Fergie (Black Eyed Peas) stolen Home Sex Tape FULL.wmv

ERR|IMN 05-17 16:47:07 Failed to share file Girls Gone Wild - College Fuck Fest.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Highschool cheerleaders getting fucked in school. porn sex.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Homeclips girls sex movie - this porn is fuckin awesome- good quality.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Incest - Mom gives son handjob (Young Older Family Sex).avi

ERR|IMN 05-17 16:47:07 Failed to share file Italian Amateur - (icredible!!! she's a friend of mine !!!) LOLITAS Bobbi Anal Swallow (xxx porn sex).mpeg

ERR|IMN 05-17 16:47:07 Failed to share file LOLITA Italian teen - best ever (xxx porn sex) 1.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Mature - Amateur russian mom fuck with teen.avi

ERR|IMN 05-17 16:47:07 Failed to share file Nymph - Vivid full length porn xxx nude.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Porn Movie - Veronica - College fuck complete all - XXX - Teen student kiss suck fuck - 3 positions - 1.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Private Amateur Teenager Sex Homevideos (Privat Real Homemade Homeclip Voyour Porn Spy Cam Webcam Teensex Yr Yo) 027.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Real Good Teen porn!!!(pretty teens sex) 1.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Scat - Animal Sex - Brazilian Girl Fucking Dog.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Sex 13 min Highschool girl and guy fucking on black bed oral fingerin

adult porn movie xxx video.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Thumbs.db

ERR|IMN 05-17 16:47:07 Failed to share file Vintage XXX - classic 40's porn sex film with a sweet young girl__very rare.avi

ERR|IMN 05-17 16:47:07 Failed to share file Wifey World - Fuck the sister while wife is away.mpg

ERR|IMN 05-17 16:47:07 Failed to share file animal sex girl fucking dog - Homemade Porn .mpeg

ERR|IMN 05-17 16:47:07 Failed to share file bestiality - animal sex - beastiality very young girl in white gets fucked by her big dog.mpg

ERR|IMN 05-17 16:47:07 Failed to share file cutie 18+ virgin deflowered.wmv

ERR|IMN 05-17 16:47:07 Failed to share file fucking my sister in the ass (anal incest porn sex preteen lolita) xxxqwer.mpg

ERR|IMN 05-17 16:47:07 Failed to share file homeclips - melanie 17 years young masturbation webcam MSN PORN SERIAL MSN XXX SEX PORN GEIL LATEX GIRLS -=JVNM=- JVNM Hack.mpeg

ERR|IMN 05-17 16:47:07 Failed to share file milf hunter porn sex xxx mature - trixie - milfhunter scores mature redhead.mpg

ERR|IMN 05-17 16:47:07 Failed to share file porn - 18 yo spanish virgin first time.mpg

ERR|IMN 05-17 16:47:07 Failed to share file porn Amateur - Home video couple fuck - creamy pussy.mpg

ERR|IMN 05-17 16:47:07 Failed to share file porno - teen virgin first time sex OUCH.mpg

ERR|IMN 05-17 16:47:07 Failed to share file teen couple on bed naked having sex 14 15 16 17 amateur xxx girl boy tits ass lolita illegal high school voyeur(1).mpg

ERR|IMN 05-17 16:47:07 Failed to share file young student girl fucked (Lolita Teen Porn Rape Sex Nude) QWE(1).mpg

ERR|IMN 05-17 16:47:07 Failed to share file best young teen underage anal rape sex hot fucking blond porn xxx - complete 10megs (1).mpg

ERR|IMN 05-17 16:47:07 Failed to share file Cheyenne Porno - Teenager in the wood young teen sex fuck blowjob anal ass sodomy pussy adult porn cock suck gag.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Private Amateur Teenager Sex Homevideos (Privat Real Homemade Homeclip Voyour Porn Spy Cam Webcam Teensex Yr Yo) 031.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Sex 7 min Korean girl great body full bouncing breasts gets fucked by asian guy oral 69 licking adult porn xxx movie.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Lindsay Lohan Sex Tape FULL NUDE VIDEO.wmv

ERR|IMN 05-17 16:47:07 Failed to share file Porno - Bad Girl 6 - Full Porn Movie - Fucking Blowjobs cumshots orgasms (slut teen young big horny lesbian hot sex sexy.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Kim_Kardashian___Ray_J_Sex-tape__full_.mpg

ERR|IMN 05-17 16:47:07 Failed to share file MILF Hunter - Amber Full (Mature Porn)..mpg

ERR|IMN 05-17 16:47:07 Failed to share file Adult Movies - Full Penetration - Good Quality -Sex-xxx-Porn.mpg

ERR|IMN 05-17 16:47:07 Failed to share file high school girls sex movie pussy xxx hardcore porn sex sexy girl girls penetration masturbation oral anal.mpg

ERR|IMN 05-17 16:47:07 Failed to share file College girls - couple fucking on coach sex porn hardcore.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Exploited teens - Porn - 16 Year Old Loses Virginity.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Amateur porn - School - High school cheerleader having sex.mpg

ERR|IMN 05-17 16:47:07 Failed to share file Porn- Girls Gone Wild - Sorority Girls' Sex-party.mpg