**Exhibit #21**

**List of Files Found in Old User Account "Seth" on Compaq Laptop Computer**

C:\Documents and Settings\Seth\Desktop\New Folder\
GIRL_12_YEAR_OLD_FUCK_WITH_BOY_13_YEAR_OLD_IN_BIRTHDAY_PARTY.AVI

C:/Documents and Settings/Seth/Desktop/New Folder/Teacher_Seducing_Student.divx

C:\Documents and Settings\Seth\Desktop\Russian_Preteens.avi