REV 7/11

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Case No.: | 3:10-cr-00009 |
| Judge: | Judge William J. Haynes, Jr. |
| Hearing Date: | February 27, 2015 |
| Location: | ☒ Nashville  ☐ Columbia  ☐ Cookeville |
| Court Reporter: | Peggy Turner |
| Court Interpreter: | |

UNITED STATES OF AMERICA

V.

Jeremy Seth Tummins

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): S. Carran Daughtrey; Lynne T. Ingram

Defense Attorney(s): Jennifer L. Thompson

## TRIAL PROCEEDINGS

1. Jury Trial* ☒
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | | | | |
|---|---|---|---|---|
| 1. | | 7. | | |
| 2. | | 8. | | |
| 3. | | 9. | | |
| 4. | | 10. | | |
| 5. | | 11. | | |
| 6. | | 12. | | |
| Alt 1. | | Alt 2. | | |

COMMENTS:

Closing arguments. Jury began deliberating.

Total Time in Court: 2 hours, 42 minutes

KEITH THROCKMORTON, Clerk
by: Jeff Zager