IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 3:10-00009 |
| | ) | Senior Judge Haynes |
| v. | ) | |
| JEREMY SETH TUMMINS, | ) | |
| Defendant. | ) | |

## ORDER

Based upon the jury's report, the Court declared a mistrial in this action, and the jury was discharged.

It is so **ORDERED**.

ENTERED this the 3rd day of March, 2015.

William J. Haynes, Jr.
Senior United States District Judge