REV 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:10-00009

UNITED STATES OF AMERICA

V.

Judge: TRAUGER

Hearing Date: 5/5/15

Location: ☑ Nashville ◯ Columbia ◯ Cookeville

JEREMY SETH TUMMINS

Court Reporter: Roxann Harkins

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Carrie Daughtrey, Jack Smith

Defense Attorney(s): Jennifer Thompson, James Simmons

## TRIAL PROCEEDINGS

1. Jury Trial*  ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Day 6 of the jury trial. Defendant moved for a mistrial before the jury was brought into the courtroom to resume deliberations. The motion was denied. Jury was brought in and Judge gave additional instructions before deliberations resumed.
Jury deliberations: 1 1/2 hours. Verdict of not guilty as to both counts. Defendant was dismissed. Judgment to enter.

Total Time in Court: 30 mins.

KEITH THROCKMORTON, Clerk
by: Katheryn Beasley