UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.  3:10-00009 |
| v. | ) | |
| | ) | Judge Trauger |
| | ) | |
| JEREMY SETH TUMMINS | ) | |

**VERDICT FORM**

1.  With regard to Count One of the Indictment, charging knowing receipt and/or attempt to receive child pornography, we, the jury, unanimously find the defendant:

    _____X_____ NOT GUILTY        _____GUILTY

2.  With regard to Count Two of the Indictment, charging possession of child pornography, we, the jury, unanimously find the defendant:

    _____X_____ NOT GUILTY        _____GUILTY

_May 5, 2015_
DATE

_____
FOREPERSON