# UNITED STATES DISTRICT COURT

### MIDDLE  DISTRICT OF  TENNESSEE

UNITED STATES OF AMERICA

V.

JEREMY SETH TUMMINS

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   3:10-00009

The Defendant was found not guilty on both counts 1 and 2.  IT IS ORDERED that the Defendant is acquitted, discharged,  and any bond exonerated.

_____
Signature of Judge

ALETA A. TRAUGER, U.S. DISTRIST JUDGE
Name and Title of Judge

5/5/2015
Date