UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket: 3:10-CR-00009** |
| v. | |
| **JEREMY SETH TUMMINS** | **Judge Trauger** |

## MOTION TO AMEND ORDER

COMES now Jeremy Seth Tummins, by and through undersigned counsel, Jennifer Lynn Thompson, and respectfully moves this Honorable Court to amend the Order dated June 7, 2011 (Document Entry 58). For cause, Mr. Tummins would show as follows:

1. In accordance with the order from the magistrate court, the Government provided a mirror image of Mr. Tummins' two hard drives that were the subject of the criminal charges. The hard drives were exact duplicates with one exception. The United States Secret Services redacted all the suspected child pornography images from the original two disks.

2. As per the Order, the disks have remained in the physical custody of the defense forensic computer expert.

3. The Order, dated June 7, 2011 (Document Entry 58), instructed the Defendant to return the redacted copies of the computer disks to the government upon completion of the case.

4. These disks do not contain any suspected child pornography.

5. These disks do contain special family pictures and personal documents of Mr. and Mrs. Tummins.

6. Mr. and Mrs. Tummins do not have any other copies of many of these files, as the Government has never provided duplicate files as promised.

Mr. Tummins now moves this Honorable Court to amend the order requiring him to return the redacted disks to the government and instead allowing him to take possession of the redacted copies of hard drives from the Defense Computer Forensic Expert.

Respectfully submitted,
/s/ Jennifer Lynn Thompson
Jennifer Lynn Thompson, Tenn. BPR 18250
Attorney for Jeremy Seth Tummins
810 Broadway, Suite 305
Nashville, TN 37203
(615) 601-2484
nashvilleattorney@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been delivered through the Court's electronic filing system to the following at the time of filing:

S. Carran Daughtery
United States Department of Justice
110 9th Avenue, South
Suite A-961
Nashville, TN  37203-3870
Phone:  (615) 736-5151
Fax:  (615) 736-5323

On this day, May 29, 2015,

       /s/ Jennifer Lynn Thompson
       Jennifer Lynn Thompson